**Order entered June 5, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01497-CV

### IN RE J.H. WALKER, INC. D/B/A J.H. WALKER TRUCKING, Relator

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-00661**

## ORDER

Before the Court is the June 3, 2015 unopposed motion of real parties in interest for a thirty day extension of time to file their response to the petition for writ of mandamus. We **GRANT** the motion. Real parties in interest shall file their response on or before July 15, 2015.

/s/     DAVID L. BRIDGES
         JUSTICE